UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § |
| | §   CASE NUMBER 4:23-CR-00132-ALM |
| v. | § § |
| | § § |
| MPONJOLI ASOBENYE KASOLOBELA MALAKASUKA, | § |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Counts One and Two, Counts Three through Nine, and Count Ten of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Mponjoli Asobenye Kasolobela Malakasuka **GUILTY** of Counts One and Two of the Indictment, charging a violation of Title 18 U.S.C. § 1542 – False Statement in Application for Passport, Counts Three through Nine, charging a violation of Title 18 U.S.C. § 1029(a)(5) – Access Device Fraud, and Count Ten, charging a violation of Title 08 U.S.C. § 1028A – Aggravated

Identity Theft.

**SIGNED this 31st day of October, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE